**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Dean Jones Farms, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-0569126** |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1241 Corbett Town Road** <br> **Snow Hill, NC 28580** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Greene** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)    _____

6.  **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

5/05/20  3:21PM

Debtor   **Dean Jones Farms, Inc.**                                            Case number (*if known*) _____
         _____
         Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **Bobby Dean Jones, Jr. and Lisa Ginn Jones** | Relationship | **Affiliate/Shareholder** |
| District | **Eastern District of North Carolina** | When | **2/24/20** | Case number, if known | **20-00780-5** |

Debtor   **Dean Jones Farms, Inc.**                                          Case number (*if known*)
         Name

| Debtor | **Dean Jones Farms, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**11.  Why is the case filed in this district?**      *Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■  No

☐  Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐  It needs to be physically secured or protected from the weather.

☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐  Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐  No

☐  Yes.    Insurance agency _____

            Contact name _____

            Phone _____

---

**▮    Statistical and administrative information**

**13.  Debtor's estimation of available funds**      .    *Check one:*

■  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Dean Jones Farms, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May  1, 2020**
MM / DD / YYYY

**X** **/s/ Bobby Dean Jones, Jr.**            **Bobby Dean Jones, Jr.**
Signature of authorized representative of debtor      Printed name

Title   **President**

**18. Signature of attorney**

**X** **/s/ Jonathan E. Friesen**         Date   **May  1, 2020**
Signature of attorney for debtor                 MM / DD / YYYY

**Jonathan E. Friesen 31535**
Printed name

**Gillespie & Murphy PA**
Firm name

**P.O. Drawer 888**
**New Bern, NC 28563**
Number, Street, City, State & ZIP Code

Contact phone   **(252)  636-2225**      Email address   **gmpa@lawyersforchrist.com**

**31535 NC**
Bar number and State

## RESOLUTIONS OF THE BOARD OF DIRECTORS
## AND SHAREHOLDERS
## OF
## DEAN JONES FARMS, INC.

The undersigned, being all the of the Board Members and Shareholders of Dean Jones Farms, Inc., a North Carolina Corporation (the "Corporation"), hereby adopt the following resolutions by signing a written consent hereto, and by the execution of this consent hereby waive any and all formalities regarding notice of time, date, place and purpose of meeting.

WHEREAS, the Shareholders and Board Members have evaluated the Corporation's finances and efforts to refinance or resolve its debt obligations; and

WHEREAS, the Shareholders and Board Members have determined that filing a voluntary petition under Chapter 11 of the United States Bankruptcy Code is in the best interest of the Corporation;

NOW, THEREFORE, BE IT RESOLVED that the Corporation shall be and is hereby authorized to file a Petition for relief under Chapter 11 of the United States Bankruptcy Code and to perform any and all such acts as are reasonable, advisable, proper or necessary to effect a bankruptcy filing; and

FURTHER RESOLVED, that Bobby Dean Jones, Jr., shall be authorized to act on behalf of the Corporation in his capacity of President of the Corporation with respect to the Corporation's bankruptcy proceeding and shall have the authority to execute any and all documents related to the Corporation's bankruptcy and attend any and all hearings, conferences and meetings related to the Corporation's bankruptcy, including, without limitation, the specific powers listed below; and

FURTHER RESOLVED, that any officer of the Corporation, or any such person designated by the Corporation, shall be, and each of them acting alone, hereby is authorized, directed and empowered on behalf of and in the name of the Corporation to: (a) execute, acknowledge, deliver, verify and file or cause to be filed all petitions, schedules, statements, lists, motions, applications, and other papers or documents necessary or desirable to effect the bankruptcy proceeding; and (b) execute, acknowledge, deliver, and verify any and all other documents necessary or appropriate to administer the Corporation's bankruptcy; and

FURTHER RESOLVED, that all acts lawfully done, taken or to be taken by the Corporation in connection with the implementation of these resolutions are hereby ratified, confirmed and approved; and

FURTHER RESOLVED, that Bobby Dean Jones, Jr. as President of Dean Jones Farms, Inc., is hereby authorized to certify and deliver, to any person to whom such certificate may be deemed necessary or appropriate in the opinion of the Corporation or its legal counsel, a true copy of the foregoing resolutions.

This action is effective as of the 1st day of May, 2020.

Bobby Dean Jones, Jr., sole Board Member and Shareholder of
Dean Jones Farms, Inc.

# SMALL BUSINESS STATEMENT PURSUANT TO 11 U.S.C. § 1116(1)(B)

I, Bobby Dean Jones, Jr., President of Dean Jones Farms, Inc., declare under penalty of perjury that Dean Jones Farms, Inc. does not prepare a balance sheet, statement of operations or cash-flow statement in its regular course of business. A copy of the most recent filed tax return for Dean Jones Farms, Inc. is attached.

Dean Jones Farms, Inc.

By: Bobby Dean Jones, Jr., President

# Form 1120S Return Summary

For calendar year 2018 or tax year beginning _____, ending _____

## DEAN JONES FARMS, INC.                                                    126

**Ordinary Business Income (Loss)**

| | | |
|---|---|---|
| Total income | 6,048 | |
| Total deductions | 12,000 | |
| **Ordinary business income (loss)** | | −5,952 |
| | | |
| **Total S Corporation taxes** | | 0 |

**Schedule K, Line 18**

| | | |
|---|---|---|
| Ordinary business income (loss) | −5,952 | |
| Net rental real estate income (loss) | | |
| Other net rental income (loss) | | |
| Interest income | | |
| Dividends | | |
| Royalties | | |
| Short-term capital gain (loss) | | |
| Long-term capital gain (loss) | | |
| Net Section 1231 gain (loss) | | |
| Other income (loss) | | |
| Section 179 deduction | | |
| Contributions | | |
| Investment interest expense | | |
| Section 59(e)(2) expenditures | | |
| Other deductions | | |
| Foreign taxes paid or accrued | | |
| **Income (loss) reconciliation (Schedule K, Line 18)** | | −5,952 |

| **Schedule L** | | | **Schedule M-1** | |
|---|---|---|---|---|
| | Prior Year | Current Year | | |
| Assets | 267,151 | 466,148 | Schedule M-1 | −5,952 |
| Liabilities | 267,151 | 466,148 | Schedule K, Line 18 | −5,952 |
| Difference | 0 | 0 | Difference | 0 |

| **Retained Earnings** | | | **Schedule M-3** | |
|---|---|---|---|---|
| | Schedule L | RE Reconciliation Worksheet | | |
| AAA | −29,635 | −29,635 | Schedule M-3 | |
| UTI | | | Schedule K, Line 18 | |
| E&P | | | Difference | 0 |
| OAA | | | | |
| Timing | −315,555 | −315,555 | Total number of shareholders | 1 |
| Total | −345,190 | −345,190 | Total ownership percentage | 100.000000 |

# Form 8879-S

**IRS e-file Signature Authorization for Form 1120S**

Department of the Treasury
Internal Revenue Service

u **Return completed Form 8879-S to ERO. (Don't send to IRS.)**
u **Go to** *www.irs.gov/Form8879S* **for the latest information.**
For calendar year 2018, or tax year beginning                    , and ending                    .

OMB No. 1545-0123

**2018**

| Name of corporation | Employer identification number |
|---|---|
| DEAN JONES FARMS, INC. | 126 |

| | Part I | Tax Return Information (Whole dollars only) | | |
|---|---|---|---|---|
| 1 | Gross receipts or sales less returns and allowances (Form 1120S, line 1c) | | 1 | |
| 2 | Gross profit (Form 1120S, line 3) | | 2 | |
| 3 | Ordinary business income (loss) (Form 1120S, line 21) | | 3 | −5,952 |
| 4 | Net rental real estate income (loss) (Form 1120S, Schedule K, line 2) | | 4 | |
| 5 | Income (loss) reconciliation (Form 1120S, Schedule K, line 18) | | 5 | −5,952 |

| Part II | Declaration and Signature Authorization of Officer (Be sure to get a copy of the corporation's return) |
|---|---|

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2018 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

☐ I authorize _____ to enter my PIN _____ as my signature
ERO firm name                                                    Don't enter all zeros
on the corporation's 2018 electronically filed income tax return.

☒ As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2018 electronically filed income tax return.

Officer's signature u _____  Date u **09/15/19**  Title u **President**

**Bobby D. Jones**

| Part III | Certification and Authentication |
|---|---|

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.   _____
Don't enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2018 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112,** IRS *e-file* Application and Participation, and **Pub. 4163,** Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature u   **David J. Harrell Jr.** _____  Date u **09/15/19**

### ERO Must Retain This Form — See Instructions
### Don't Submit This Form to the IRS Unless Requested To Do So

For Paperwork Reduction Act Notice, see instructions.

Form **8879-S** (2018)

DAA

Form **1120S**

Department of the Treasury
Internal Revenue Service

### U.S. Income Tax Return for an S Corporation

ᵘ Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.

ᵘ Go to *www.irs.gov/Form1120S* for instructions and the latest information.

OMB No. 1545-0123

**2018**

For calendar year 2018 or tax year beginning _____ , ending _____

| | | |
|---|---|---|
| **A** S election effective date | **TYPE** | **Name** |
| 07/13/12 | | DEAN JONES FARMS, INC. |
| **B** Business activity code number (see instructions) | **OR** | Number, street, and room or suite no. If a P.O. box, see instructions. |
| 111900 | | 1241 CORBETT TOWN RD. |
| **C** Check if Sch. M-3 attached ☐ | **PRINT** | City or town, state or province, country, and ZIP or foreign postal code |
| | | Snow Hill          NC 28580 |

**D** Employer identification number
126

**E** Date incorporated
01/01/2012

**F** Total assets (see instructions)
$ 466,148

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No   If "Yes," attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return   **(2)** ☐ Name change   **(3)** ☐ Address change   **(4)** ☐ Amended return   **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year   ᵘ   1

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

**Income**

| | | | |
|---|---|---|---|
| **1a** | Gross receipts or sales | 1a | |
| **b** | Returns and allowances | 1b | |
| **c** | Balance. Subtract line 1b from line 1a | 1c | |
| **2** | Cost of goods sold (attach Form 1125-A) | 2 | |
| **3** | Gross profit. Subtract line 2 from line 1c | 3 | |
| **4** | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | 4 | |
| **5** | Other income (loss) (see instructions—attach statement)          See Stmt 1 | 5 | 6,048 |
| **6** | **Total income (loss).** Add lines 3 through 5   ᵘ | 6 | 6,048 |

**Deductions** (see instructions for limitations)

| | | | |
|---|---|---|---|
| **7** | Compensation of officers (see instructions—attach Form 1125-E) | 7 | 12,000 |
| **8** | Salaries and wages (less employment credits) | 8 | |
| **9** | Repairs and maintenance | 9 | |
| **10** | Bad debts | 10 | |
| **11** | Rents | 11 | |
| **12** | Taxes and licenses | 12 | |
| **13** | Interest (see instructions) | 13 | |
| **14** | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | |
| **15** | Depletion **(Do not deduct oil and gas depletion.)** | 15 | |
| **16** | Advertising | 16 | |
| **17** | Pension, profit-sharing, etc., plans | 17 | |
| **18** | Employee benefit programs | 18 | |
| **19** | Other deductions (attach statement) | 19 | |
| **20** | **Total deductions.** Add lines 7 through 19   ᵘ | 20 | 12,000 |
| **21** | **Ordinary business income (loss).** Subtract line 20 from line 6 | 21 | −5,952 |

**Tax and Payments**

| | | | |
|---|---|---|---|
| **22a** | Excess net passive income or LIFO recapture tax (see instructions) | 22a | |
| **b** | Tax from Schedule D (Form 1120S) | 22b | |
| **c** | Add lines 22a and 22b (see instructions for additional taxes) | 22c | |
| **23a** | 2018 estimated tax payments and 2017 overpayment credited to 2018 | 23a | |
| **b** | Tax deposited with Form 7004 | 23b | |
| **c** | Credit for federal tax paid on fuels (attach Form 4136) | 23c | |
| **d** | Refundable credit from Form 8827, line 8c | 23d | |
| **e** | Add lines 23a through 23d | 23e | |
| **24** | Estimated tax penalty (see instructions). Check if Form 2220 is attached   ᵘ ☐ | 24 | |
| **25** | **Amount owed.** If line 23e is smaller than the total of lines 22c and 24, enter amount owed | 25 | |
| **26** | **Overpayment.** If line 23e is larger than the total of lines 22c and 24, enter amount overpaid | 26 | |
| **27** | Enter amount from line 26: Credited to 2019 estimated tax ᵘ          Refunded ᵘ | 27 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

Signature of officer   Bobby D. Jones       Date _____   Title   President

**Paid Preparer Use Only**

| | | | | | |
|---|---|---|---|---|---|
| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN | |
| David J. Harrell Jr. | David J. Harrell Jr. | 09/11/19 | | P01270610 | |
| Firm's name   ᵘ John Harrell, CPA | | | Firm's EIN ᵘ | | |
| Firm's address   ᵘ 508 California Dr | | | | | |
| Snow Hill, NC   28580-9600 | | Phone no. ᵘ 252-717-9229 | | | |

For Paperwork Reduction Act Notice, see separate instructions.

Form **1120S** (2018)

DAA

Form 1120S (2018)   **DEAN JONES FARMS, INC.**                                      126                        Page **2**

## Schedule B   Other Information (see instructions)

|   |   | Yes | No |
|---|---|---|---|
| 1 | Check accounting method:   **a** ☒ Cash   **b** ☐ Accrual | | |
|   |   **c** ☐ Other (specify) ⊔ | | |
| 2 | See the instructions and enter the: | | |
|   | **a** Business activity ⊔ Farming   **b** Product or service ⊔ Grain | | |
| 3 | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a | | |
|   | nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation | | X |
| 4 | At the end of the tax year, did the corporation: | | |
|   | **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any | | |
|   | foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) | | |
|   | below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

|   |   | Yes | No |
|---|---|---|---|
| | **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or | | |
| | capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a | | |
| | trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

|   |   | Yes | No |
|---|---|---|---|
| **5 a** | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | **(i)** Total shares of restricted stock   ⊔ | | |
| | **(ii)** Total shares of non-restricted stock   ⊔ | | |
| **b** | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | **(i)** Total shares of stock outstanding at the end of the tax year   ⊔ | | |
| | **(ii)** Total shares of stock outstanding if all instruments were executed   ⊔ | | |
| 6 | Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide | | |
| | information on any reportable transaction? | | X |
| 7 | Check this box if the corporation issued publicly offered debt instruments with original issue discount   ⊔ ☐ | | |
| | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount | | |
| | Instruments. | | |
| 8 | If the corporation: **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an | | |
| | asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in | | |
| | the hands of a C corporation **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain | | |
| | from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years (see | | |
| | instructions)   ⊔ $ | | |
| 9 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business | | |
| | in effect during the tax year? See instructions | | X |
| 10 | Does the corporation satisfy one of the following conditions and the corporation doesn't own a pass-through entity with | | |
| | current year, or prior year carryover, excess business interest expense? See instructions | X | |
| **a** | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years | | |
| | preceding the current tax year don't exceed $25 million, and the corporation isn't a tax shelter; or | | |
| **b** | The corporation only has business interest expense from (1) an electing real property trade or business, (2) an electing | | |
| | farming business, or (3) certain utility businesses under section 163(j)(7). | | |
| | If "No," complete and attach Form 8990. | | |
| 11 | Does the corporation satisfy **both** of the following conditions? | | |
| **a** | The corporation's total receipts (see instructions) for the tax year were less than $250,000 | | |
| **b** | The corporation's total assets at the end of the tax year were less than $250,000 | | X |
| | If "Yes," the corporation is not required to complete Schedules L and M-1. | | |

Form 1120S (2018)   **DEAN JONES FARMS, INC.**                               126                           Page **3**

## Schedule B   Other Information (see instructions) (continued)

| | | Yes | No |
|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter the amount of principal reduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . u $ | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions . . . . . . . . . . . | | X |
| 14a | Did the corporation make any payments in 2018 that would require it to file Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . . | | X |
| b | If "Yes," did the corporation file or will it file required Forms 1099? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter the amount from Form 8996, line 13 . . . . . . . . . . . . . . . . . . . . u $ | | |

## Schedule K   Shareholders' Pro Rata Share Items

| | | | Total amount |
|---|---|---|---|
| **Income (Loss)** | 1 Ordinary business income (loss) (page 1, line 21) . . . . . . . . . . . . . . . . . . . . . . | 1 | −5,952 |
| | 2 Net rental real estate income (loss) (attach Form 8825) . . . . . . . . . . . . . . . . . | 2 | |
| | 3a Other gross rental income (loss) . . . . . . . . . . . . . . . . . . . | 3a | |
| | b Expenses from other rental activities (attach statement) . . . . . . . . . | 3b | |
| | c Other net rental income (loss). Subtract line 3b from line 3a . . . . . . . . . . . . . | 3c | |
| | 4 Interest income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | |
| | 5 Dividends: a Ordinary dividends . . . . . . . . . . . . . . . . . . . . . . . | 5a | |
| | b Qualified dividends . . . . . . . . . . . . . . . . | 5b | |
| | 6 Royalties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | |
| | 7 Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) . . . . . . . . . . . | 7 | |
| | 8a Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) . . . . . . . . . . | 8a | |
| | b Collectibles (28%) gain (loss) . . . . . . . . . . . . . . . . | 8b | |
| | c Unrecaptured section 1250 gain (attach statement) . . . . . . . | 8c | |
| | 9 Net section 1231 gain (loss) (attach Form 4797) . . . . . . . . . . . . . . . . . . | 9 | |
| | 10 Other income (loss) (see instructions) . . . . . . . . . Type u | 10 | |
| **Deductions** | 11 Section 179 deduction (attach Form 4562) . . . . . . . . . . . . . . . . . . . . | 11 | |
| | 12a Charitable contributions                            See Stmt | 12a | |
| | b Investment interest expense . . . . . . . . . . . . . . . . . . . . . . . . . . | 12b | |
| | c Section 59(e)(2) expenditures (1) Type u . . . . . . . . . . . . . . . . (2) Amount u | 12c(2) | |
| | d Other deductions (see instructions) . . . . . . . . . . . . . Type u | 12d | |
| **Credits** | 13a Low-income housing credit (section 42(j)(5)) . . . . . . . . . . . . . . . . . . . | 13a | |
| | b Low-income housing credit (other) . . . . . . . . . . . . . . . . . . . . . . . | 13b | |
| | c Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) . . . . | 13c | |
| | d Other rental real estate credits (see instructions)      Type u | 13d | |
| | e Other rental credits (see instructions) . . . . . . . . .      Type u | 13e | |
| | f Biofuel producer credit (attach Form 6478) . . . . . . . . . . . . . . . . . . . | 13f | |
| | g Other credits (see instructions) . . . . . . . . .      Type u | 13g | |
| **Foreign Transactions** | 14a Name of country or U.S. possession u | | |
| | b Gross income from all sources . . . . . . . . . . . . . . . . . . . . . . . . | 14b | |
| | c Gross income sourced at shareholder level . . . . . . . . . . . . . . . . . . . | 14c | |
| | Foreign gross income sourced at corporate level | | |
| | d Section 951A category . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14d | |
| | e Foreign branch category . . . . . . . . . . . . . . . . . . . . . . . . . . | 14e | |
| | f Passive category . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14f | |
| | g General category . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14g | |
| | h Other (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . | 14h | |
| | Deductions allocated and apportioned at shareholder level | | |
| | i Interest expense . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14i | |
| | j Other . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14j | |
| | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | k Section 951A category . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14k | |
| | l Foreign branch category . . . . . . . . . . . . . . . . . . . . . . . . . . | 14l | |
| | m Passive category . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14m | |
| | n General category . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14n | |
| | o Other (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . . | 14o | |
| | Other information | | |
| | p Total foreign taxes (check one): u [ ] Paid [ ] Accrued . . . . . . . . . | 14p | |
| | q Reduction in taxes available for credit (attach statement) . . . . . . . . . . . . . | 14q | |
| | r Other foreign tax information (attach statement) . . . . . . . . . . . . . . . . | | |

DAA                                                                                   Form **1120S** (2018)

0 09/14/2018 2:25 PM

Form 1120S (2018)    DEAN JONES FARMS, INC.                                    126                        Page **4**

## Schedule K    Shareholders' Pro Rata Share Items (continued)

| | | | Total amount |
|---|---|---|---|
| **Alternative Minimum Tax (AMT) Items** | **15a** Post-1986 depreciation adjustment | 15a | |
| | **b** Adjusted gain or loss | 15b | |
| | **c** Depletion (other than oil and gas) | 15c | |
| | **d** Oil, gas, and geothermal properties – gross income | 15d | |
| | **e** Oil, gas, and geothermal properties – deductions | 15e | |
| | **f** Other AMT items (attach statement) | 15f | |
| **Items Affecting Shareholder Basis** | **16a** Tax-exempt interest income | 16a | |
| | **b** Other tax-exempt income | 16b | |
| | **c** Nondeductible expenses | 16c | |
| | **d** Distributions (attach statement if required) (see instructions) | 16d | |
| | **e** Repayment of loans from shareholders | 16e | |
| **Other Information** | **17a** Investment income | 17a | |
| | **b** Investment expenses | 17b | |
| | **c** Dividend distributions paid from accumulated earnings and profits | 17c | |
| | **d** Other items and amounts (attach statement)      See Statement 2 | | |
| **Recon- ciliation** | **18** **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14p | 18 | −5,952 |

## Schedule L    Balance Sheets per Books

| Assets | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|
| | (a) | (b) | (c) | (d) |
| **1** Cash | | 7,701 | | 6,114 |
| **2a** Trade notes and accounts receivable | | | | |
| **b** Less allowance for bad debts | ( ) | | ( ) | |
| **3** Inventories | | | | |
| **4** U.S. government obligations | | | | |
| **5** Tax-exempt securities (see instructions) | | | | |
| **6** Other current assets (attach statement) | | | | |
| **7** Loans to shareholders | | | | |
| **8** Mortgage and real estate loans | | | | |
| **9** Other investments (attach statement) | | | | |
| **10a** Buildings and other depreciable assets | 1,511,170 | | 1,822,170 | |
| **b** Less accumulated depreciation | ( 1,251,720 ) | 259,450 | ( 1,362,136 ) | 460,034 |
| **11a** Depletable assets | | | | |
| **b** Less accumulated depletion | ( ) | | ( ) | |
| **12** Land (net of any amortization) | | | | |
| **13a** Intangible assets (amortizable only) | | | | |
| **b** Less accumulated amortization | ( ) | | ( ) | |
| **14** Other assets (attach statement) | | | | |
| **15** Total assets | | 267,151 | | 466,148 |
| **Liabilities and Shareholders' Equity** | | | | |
| **16** Accounts payable | | | | |
| **17** Mortgages, notes, bonds payable in less than 1 year | | | | |
| **18** Other current liabilities (attach statement) | | | | |
| **19** Loans from shareholders | | | | |
| **20** Mortgages, notes, bonds payable in 1 year or more | | 606,389 | | 811,338 |
| **21** Other liabilities (attach statement) | | | | |
| **22** Capital stock | | | | |
| **23** Additional paid-in capital | | | | |
| **24** Retained earnings | | −339,238 | | −345,190 |
| **25** Adjustments to shareholders' equity (attach statement) | | | | |
| **26** Less cost of treasury stock | | ( ) | | ( ) |
| **27** Total liabilities and shareholders' equity | | 267,151 | | 466,148 |

Form **1120S** (2018)

DAA

Form 1120S (2018)   **DEAN JONES FARMS, INC.**                                    **126**                    Page **5**

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income (Loss) per Return |
|---|---|

**Note:** The corporation may be required to file Schedule M-3 (see instructions)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 261,826 | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize) | | a | Tax-exempt interest  $ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14p (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12 and 14p, not charged against book income this year (itemize): | |
| a | Depreciation  $ | | a | Depreciation    $  267,778 | |
| b | Travel and entertainment  $ | | | | 267,778 |
| | | | 7 | Add lines 5 and 6 | 267,778 |
| 4 | Add lines 1 through 3 | 261,826 | 8 | Income (loss) (Schedule K, line 18). Line 4 less line 7 | −5,952 |

| Schedule M-2 | Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account |
|---|---|

(see instructions)

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year | −23,683 | | | |
| 2 | Ordinary income from page 1, line 21 | | | | |
| 3 | Other additions | | | | |
| 4 | Loss from page 1, line 21 | ( 5,952 | | | ( |
| 5 | Other reductions | ( | | | ) |
| 6 | Combine lines 1 through 5 | −29,635 | | | |
| 7 | Distributions | | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | −29,635 | | | |

Form **1120S** (2018)

| SCHEDULE F<br>(Form 1040)<br><br>Department of the Treasury<br>Internal Revenue Service (99) | **Profit or Loss From Farming**<br><br>⏎ Attach to Form 1040, Form 1040NR, Form 1041, or Form 1065.<br>⏎ Go to *www.irs.gov/ScheduleF* for instructions and the latest information. | OMB No. 1545-0074<br><br>**2018**<br><br>Attachment<br>Sequence No. **14** |
|---|---|---|

| Name of proprietor | Social security number (SSN) |
|---|---|
| **DEAN JONES FARMS, INC.** | |

| A Principal crop or activity<br>**GRAIN** | B Enter code from Part IV<br>⏎ **111900** | C Accounting method:<br>[X] Cash  [ ] Accrual | D Employer ID number (EIN), (see instr.)<br>**126** |
|---|---|---|---|

**E** Did you "materially participate" in the operation of this business during 2018? If "No," see instructions for limit on passive losses.  [X] Yes  [ ] No

**F** Did you make any payments in 2018 that would require you to file Form(s) 1099 (see instructions)?  [ ] Yes  [X] No

**G** If "Yes," did you or will you file required Forms 1099?  [ ] Yes  [ ] No

## Part I — Farm Income – Cash Method. Complete Parts I and II (Accrual method. Complete Parts II and III, and Part I, line 9.)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1a | Sales of livestock and other resale items (see instructions) | | 1a | 1,137,810 | | |
| b | Cost or other basis of livestock or other items reported on line 1a | | 1b | | | |
| c | Subtract line 1b from line 1a | | | | 1c | 1,137,810 |
| 2 | Sales of livestock, produce, grains, and other products you raised | | | | 2 | |
| 3a | Cooperative distributions (Form(s) 1099-PATR) | 3a | 7,099 | 3b Taxable amount | 3b | 7,099 |
| 4a | Agricultural program payments (see instructions) | 4a | | 4b Taxable amount | 4b | |
| 5a | Commodity Credit Corporation (CCC) loans reported under election | | | | 5a | |
| b | CCC loans forfeited | 5b | | 5c Taxable amount | 5c | |
| 6 | Crop insurance proceeds and federal crop disaster payments (see instructions) | | | | | |
| a | Amount received in 2018 | 6a | | 6b Taxable amount | 6b | |
| c | If election to defer to 2019 is attached, check here ⏎ [ ] | | | 6d Amount deferred from 2017 | 6d | |
| 7 | Custom hire (machine work) income | | | | 7 | |
| 8 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | | | | 8 | |
| 9 | Gross income. Add amounts in the right column (lines 1c, 2, 3b, 4b, 5a, 5c, 6b, 6d, 7, and 8). If you use the accrual method, enter the amount from Part III, line 50. See instructions | | | ⏎ | 9 | 1,144,909 |

## Part II — Farm Expenses – Cash and Accrual Method. Do not include personal or living expenses. See instructions.

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | Car and truck expenses (see instructions). Also attach Form 4562 | 10 | | 23 | Pension and profit-sharing plans | 23 | |
| 11 | Chemicals | 11 | 7,508 | 24 | Rent or lease (see instructions): | | |
| 12 | Conservation expenses (see instructions) | 12 | | a | Vehicles, machinery, equipment | 24a | 59,360 |
| 13 | Custom hire (machine work) | 13 | 25,000 | b | Other (land, animals, etc.) | 24b | |
| 14 | Depreciation and section 179 expense (see instructions) | 14 | 370,272 | 25 | Repairs and maintenance | 25 | 186,367 |
| 15 | Employee benefit programs other than on line 23 | 15 | | 26 | Seeds and plants | 26 | 25,100 |
| 16 | Feed | 16 | | 27 | Storage and warehousing | 27 | |
| 17 | Fertilizers and lime | 17 | 9,988 | 28 | Supplies | 28 | 151,191 |
| 18 | Freight and trucking | 18 | | 29 | Taxes | 29 | 5,843 |
| 19 | Gasoline, fuel, and oil | 19 | 72,936 | 30 | Utilities | 30 | 9,074 |
| 20 | Insurance (other than health) | 20 | 14,202 | 31 | Veterinary, breeding, and medicine | 31 | |
| 21 | Interest (see instructions) | | | 32 | Other expenses (specify): | | |
| a | Mortgage (paid to banks, etc.) | 21a | 31,329 | a | **Food for Labor** | 32a | 208 |
| b | Other | 21b | | b | **Contract Labor** | 32b | 151,325 |
| 22 | Labor hired (less employment credits) | 22 | | c | **Legal and Acct Fees** | 32c | 3,500 |
| | | | | d | **DMV Fees** | 32d | 317 |
| | | | | e | **Bank Fees** | 32e | 9,450 |
| | | | | f | **Telephone and Inter** | 32f | 5,891 |

| | | | | |
|---|---|---|---|---|
| 33 | **Total expenses.** Add lines 10 through 32f. If line 32f is negative, see instructions | | ⏎ 33 | 1,138,861 |
| 34 | **Net farm profit or (loss).** Subtract line 33 from line 9 | | 34 | 6,048 |
| | If a profit, stop here and see instructions for where to report. If a loss, complete lines 35 and 36. | | | |
| 35 | Reserved for future use. | | | |
| 36 | Check the box that describes your investment in this activity and see instructions for where to report your loss. | | | |
| a | [ ] All investment is at risk.   b [ ] Some investment is not at risk. | | | |

For Paperwork Reduction Act Notice, see the separate instructions.   Schedule F (Form 1040) 2018

DAA

260 09/14/2019 2:26 PM

671118

| | |
|---|---|
| ☐ Final K-1 | ☐ Amended K-1 |

OMB No. 1545-0123

**Schedule K-1**
**(Form 1120S)**
**2018**
For calendar year 2018, or tax year

Department of the Treasury
Internal Revenue Service

beginning _____  ending _____

## Shareholder's Share of Income, Deductions, Credits, etc.   } **See back of form and separate instructions.**

| Part I | Information About the Corporation |
|---|---|

**A** Corporation's employer identification number
126

**B** Corporation's name, address, city, state, and ZIP code
DEAN JONES FARMS, INC.

1241 CORBETT TOWN RD.
Snow Hill          NC  28580

**C** IRS Center where corporation filed return
e-file

| Part II | Information About the Shareholder |
|---|---|

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state, and ZIP code
Bobby D Jones Jr.
1241 Corbett Town Road

Snow Hill          NC  28580

**F** Shareholder's percentage of stock
ownership for tax year ............................ 100.000000 %

For IRS Use Only

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) −5,952 | | 13 | Credits |
| 2 | Net rental real estate income (loss) | | | |
| 3 | Other net rental income (loss) | | | |
| 4 | Interest income | | | |
| 5a | Ordinary dividends | | | |
| 5b | Qualified dividends | | 14 | Foreign transactions |
| 6 | Royalties | | | |
| 7 | Net short-term capital gain (loss) | | | |
| 8a | Net long-term capital gain (loss) | | | |
| 8b | Collectibles (28%) gain (loss) | | | |
| 8c | Unrecaptured section 1250 gain | | | |
| 9 | Net section 1231 gain (loss) | | | |
| 10 | Other income (loss) | | 15 | Alternative minimum tax (AMT) items |
| 11 | Section 179 deduction | | 16 | Items affecting shareholder basis |
| 12 | Other deductions | | | |
| | | | 17 | Other information |
| | | | V* | STMT |
| | | | W* | STMT |
| | | | X* | STMT |

\* See attached statement for additional information.

DAA

Form **4562**

Department of the Treasury
Internal Revenue Service   (99)

## Depreciation and Amortization
### (Including Information on Listed Property)
ᴜ **Attach to your tax return.**
ᴜ **Go to** *www.irs.gov/Form4562* **for instructions and the latest information.**

OMB No. 1545-0172

**2018**

Attachment
Sequence No.   **179**

Name(s) shown on return
**DEAN JONES FARMS, INC.**

Identifying number
**126**

Business or activity to which this form relates
**FARMING**

| Part I | Election To Expense Certain Property Under Section 179 |
|---|---|

**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | 1 | 1,000,000 |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | 2,500,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost | |
|---|---|---|---|---|
| | | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2017 Form 4562 | | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | | 12 | |
| 13 | Carryover of disallowed deduction to 2019. Add lines 9 and 10, less line 12 ▶ | 13 | | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

| Part II | Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.) |
|---|---|

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | 14 | 311,000 |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | 7,044 |

| Part III | MACRS Depreciation (Don't include listed property. See instructions.) |
|---|---|

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2018 | 17 | 52,228 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ᴜ ☐ | | |

**Section B—Assets Placed in Service During 2018 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only–see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a   3-year property | | | | | | |
| b   5-year property | | | | | | |
| c   7-year property | | | | | | |
| d   10-year property | | | | | | |
| e   15-year property | | | | | | |
| f   20-year property | | | | | | |
| g   25-year property | | | 25 yrs. | | S/L | |
| h   Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i   Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C—Assets Placed in Service During 2018 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a   Class life | | | | | S/L | |
| b   12-year | | | 12 yrs. | | S/L | |
| c   30-year | | | 30 yrs. | MM | S/L | |
| d   40-year | | | 40 yrs. | MM | S/L | |

| Part IV | Summary  (See instructions.) |
|---|---|

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions | 22 | 370,272 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

**For Paperwork Reduction Act Notice, see separate instructions.**

DAA

Form **4562** (2018)

**There are no amounts for Page 2**

## Section 199A Information Worksheet

Form **1120S**

For calendar year 2018 or tax year beginning _____ , ending _____

**2018**

Name

**DEAN JONES FARMS, INC.**

Employer Identification Number

**126**

**Activity Description**

| | |
|---|---|
| Column A | FARMING |
| Column B | Page 1 Activity |
| Column C | |
| Column D | |
| Column E | |

| | Column A | Column B | Column C | Column D | Column E |
|---|---|---|---|---|---|
| Specified service business | **No** | **No** | | | |
| Ordinary business income (loss) | 6,048 | −12,000 | | | |
| Net rental real estate income (loss) | | | | | |
| Other net rental income (loss) | | | | | |
| Royalties | | | | | |
| **Section 199A income** | 6,048 | −12,000 | | | |
| | | | | | |
| **Section 199A W-2 wages** | | 12,000 | | | |
| **Section 199A unadjusted basis** | 1,534,548 | | | | |

**Other Information:**

QBI allocable to cooperative pmts received

W-2 wages allocable to qualified payments

Cooperative QPAI deduction to patron

260  DEAN JONES FARMS, INC.

# Federal  Statements

9/11/2019  2:25 PM

FYE: 12/31/2018

### Statement 1 - Form 1120S, Page 1, Line 5 - Other Income (Loss)

| Description | Amount |
|---|---|
| Farm  Income/Loss | $        6,048 |
| Total | $        6,048 |

### Statement 2 - Form 1120S, Page 4, Schedule K, Line 17d - Other Items and Amounts

| Description | Amount |
|---|---|
| Section 199A Information - See Attached Wrk | |

280  DEAN JONES FARMS, INC.                                                                    09/11/2019  2:25 PM

# Federal Asset Report

FYE: 12/31/2018

## FARMING

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | Per | Conv | Meth | Prior | Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **5-year GDS Property:** | | | | | | | | | | | | |
| 67 | Case Tractor 2019 | 5/14/18 | 83,000 | | | X | 0 | 5 | MQ | 200DB | 0 | 83,000 |
| 68 | Excavator 2019 | 6/30/18 | 81,000 | | | X | 0 | 5 | MQ | 200DB | 0 | 81,000 |
| 69 | Case Ditching Tractor 2019 | 12/26/18 | 147,000 | | | X | 0 | 5 | MQ | 200DB | 0 | 147,000 |
| | | | 311,000 | | | | 0 | | | | 0 | 311,000 |
| **Prior MACRS:** | | | | | | | | | | | | |
| 10 | Highboy | 3/08/12 | 22,500 | | X | | 0 | 7 | HY | 150DB | 22,500 | 0 |
| 12 | Irrigation Equipment | 1/01/12 | 857 | | | | 857 | 7 | HY | 150DB | 700 | 105 |
| 13 | 2 Pack Barns | 1/01/12 | 610 | | | | 610 | 20 | HY | 150DB | 212 | 30 |
| 14 | 4 Storage Barns | 1/01/12 | 481 | | | | 481 | 20 | HY | 150DB | 167 | 24 |
| 15 | Equipment Shelters | 1/01/12 | 2,565 | | | | 2,565 | 20 | HY | 150DB | 893 | 126 |
| 29 | Grain Auger | 1/01/12 | 119 | | X | | 0 | 7 | HY | 150DB | 119 | 0 |
| 30 | Ice Maker | 1/01/12 | 109 | | X | | 0 | 7 | HY | 150DB | 109 | 0 |
| 31 | Chain Saw | 1/01/12 | 16 | | X | X | 0 | 7 | HY | 150DB | 16 | 0 |
| 32 | Corn Planter | 1/01/12 | 33 | | X | | 0 | 7 | HY | 150DB | 33 | 0 |
| 33 | Kubota Tractor | 1/01/12 | 432 | | X | | 0 | 7 | HY | 150DB | 432 | 0 |
| 35 | Grain Auger | 1/01/12 | 184 | | X | | 0 | 7 | HY | 150DB | 184 | 0 |
| 36 | Kubota Tractor | 1/01/12 | 4,846 | | | | 4,846 | 7 | HY | 150DB | 3,956 | 593 |
| 37 | Excavator | 2/01/13 | 92,000 | | | | 92,000 | 3 | HY | 150DB | 92,000 | 0 |
| 39 | Cub Cadet Mower | 12/23/13 | 7,373 | | X | | 0 | 3 | HY | 150DB | 7,373 | 0 |
| 40 | Cub Cadet Mower | 12/23/13 | 7,373 | | X | | 0 | 3 | HY | 150DB | 7,373 | 0 |
| 42 | Kubota 2013 | 12/15/13 | 14,000 | | X | | 0 | 7 | HY | 150DB | 14,000 | 0 |
| 43 | Fecon Machine | 7/17/14 | 80,000 | | X | | 0 | 5 | HY | 150DB | 80,000 | 0 |
| 44 | Escavator and Attachments | 7/01/14 | 45,000 | | X | | 0 | 5 | HY | 150DB | 45,000 | 0 |
| 45 | GMC Truck | 3/25/14 | 15,000 | | X | | 0 | 5 | HY | 150DB | 15,000 | 0 |
| 47 | Received in trade for asset # 38 | 7/01/14 | 35,250 | | | X | 17,625 | 7 | HY | 150DB | 27,694 | 2,159 |
| 48 | 18 Wheeler | 5/01/15 | 19,000 | | | | 19,000 | 5 | HY | 150DB | 11,087 | 3,165 |
| 50 | Case Puma 75C | 6/30/15 | 44,000 | | | | 44,000 | 7 | HY | 150DB | 19,747 | 5,390 |
| 51 | 170 Puma Case | 6/30/15 | 49,000 | | | | 49,000 | 7 | HY | 150DB | 21,991 | 6,002 |
| 52 | Case 75C Tractor | 6/30/15 | 35,000 | | | | 35,000 | 7 | HY | 150DB | 15,708 | 4,287 |
| 53 | Disc 3950 22' | 6/30/15 | 13,500 | | | | 13,500 | 7 | HY | 150DB | 6,059 | 1,653 |
| 54 | 95C Case | 7/01/15 | 50,000 | | | | 50,000 | 7 | HY | 150DB | 22,440 | 6,124 |
| 55 | Kubota L3010 | 1/01/15 | 13,000 | | | | 13,000 | 7 | HY | 150DB | 5,834 | 1,593 |
| 56 | New Holland | 1/01/15 | 15,000 | | | | 15,000 | 7 | HY | 150DB | 6,732 | 1,837 |
| 57 | JX 55 | 7/01/15 | 15,000 | | | | 15,000 | 7 | HY | 150DB | 6,732 | 1,837 |
| 58 | Case Tractor | 7/01/15 | 44,000 | | | | 44,000 | 7 | HY | 150DB | 19,747 | 5,390 |
| 59 | 2016 Tractor | 4/15/16 | 12,000 | | X | | 0 | 7 | MQ | 150DB | 12,000 | 0 |
| 60 | 2016 Greene House | 5/03/16 | 3,000 | | X | | 0 | 7 | MQ | 150DB | 3,000 | 0 |
| 61 | 125 HP Case Tractor | 7/01/16 | 83,000 | | X | X | 0 | 7 | MQ | 150DB | 83,000 | 0 |
| 62 | 2016 SKid Steer | 7/01/16 | 64,500 | | X | | 0 | 7 | MQ | 150DB | 64,500 | 0 |
| 63 | 2015 Crew Cab Work Body | 10/01/16 | 44,000 | | X | | 26,000 | 7 | MQ | 150DB | 24,119 | 4,260 |
| 64 | Polaris | 11/10/17 | 17,000 | | X | X | 0 | 7 | HY | 150DB | 17,000 | 0 |
| 65 | Irrigation Well | 1/10/17 | 27,000 | | X | X | 0 | 7 | HY | 150DB | 27,000 | 0 |
| 66 | FTX 128 Feecon | 9/01/17 | 125,000 | | X | | 40,000 | 7 | HY | 150DB | 89,286 | 7,653 |
| | | | 1,001,748 | | | | 482,484 | | | | 773,743 | 52,228 |
| **Other Depreciation:** | | | | | | | | | | | | |
| 1 | Trimmer | 7/01/05 | 322 | | | | 322 | 7 | MO | 150DB | 322 | 0 |
| 2 | storage building | 7/01/06 | 50,000 | | | | 50,000 | 20 | MO | 150DB | 32,461 | 2,063 |
| 3 | M7040 Tractor | 7/01/06 | 42,000 | | | | 42,000 | 7 | MO | 150DB | 42,000 | 0 |
| 4 | 600 FTX 140 Mower | 7/01/06 | 165,000 | | | | 165,000 | 7 | MO | 150DB | 165,000 | 0 |
| 5 | 2007 GMC Truck | 12/01/06 | 35,000 | | | | 35,000 | 5 | MO | 150DB | 35,000 | 0 |
| 6 | Road Tractor Truck | 5/15/07 | 37,500 | | | | 37,500 | 3 | MO | 150DB | 37,500 | 0 |
| 7 | Brown Tree Cutter | 8/30/08 | 7,800 | | | | 7,800 | 7 | MO | 150DB | 7,800 | 0 |
| 8 | Cat 312 Excavator | 2/05/09 | 169,200 | | | | 169,200 | 10 | MO | 200DB | 163,804 | 4,981 |
| 9 | Bush Hog | 11/02/10 | 2,600 | | | | 2,600 | 7 | MO | 200DB | 2,600 | 0 |
| | **Total Other Depreciation** | | 509,422 | | | | 509,422 | | | | 486,487 | 7,044 |
| | **Total ACRS and Other Depreciation** | | 509,422 | | | | 509,422 | | | | 486,487 | 7,044 |

260  DEAN JONES FARMS, INC.

# Federal Asset Report

## FARMING

FYE: 12/31/2018

09/11/2019  2:25 PM

| Asset | Description | Date In Service | Cost | Bus % | Sec 179 | Bonus | Basis for Depr | Per | Conv | Meth | Prior | Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Grand Totals** | | 1,822,170 | | | | 991,906 | | | | 1,260,230 | 370,272 |
| | **Less: Dispositions and Transfers** | | 0 | | | | 0 | | | | 0 | 0 |
| | **Less: Start-up/Org Expense** | | 0 | | | | 0 | | | | 0 | 0 |
| | **Net Grand Totals** | | 1,822,170 | | | | 991,906 | | | | 1,260,230 | 370,272 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Dean Jones Farms, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **AgCarolina Farm Credit, ACA Attn: Managing Agent PO Box 1366 Greenville, NC 27835** | | **All corps and all equipment of the debtor whether now existing or hereafter acquired and title to 2000 Mack road tractor, plus property owned by Bobby** | | **$386,047.64** | **$0.00** | **$386,047.64** |
| **Business Expansion Funding Corporat Attn: Managing Agent 5970 Fairview Road, Suite 218 Charlotte, NC 28210** | | | | | | **$82,468.11** |
| **Corporation Service of America Attn: Managing Agent PO Box 2576 Springfield, IL 62708** | | **90 days or less: Accounts Receivable** | | **Unknown** | **$0.00** | **Unknown** |
| **Greene County Tax Collector Attn: Managing Agent P O Box 482 Snow Hill, NC 28580** | | | | | | **$0.00** |
| **Griffin Greenhouse Supplies, Inc. Attn: Managing Agent 4951 Indiana Avenue, Suite 100 Lisle, IL 60532** | | | | | | **$30,000.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Dean Jones Farms, Inc.** | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Internal Revenue Service Attention: Managing Agent PO Box 7346 Philadelphia, PA 19101-7346 | | | | | | $0.00 |
| Lendini Attn: Managing Agent 884 Town Center Drive Langhorne, PA 19047-1748 | | 90 days or less: Future Accounts Receivable, accounts, general intangibles, inventory, equipment | | $17,056.30 | $0.00 | $17,056.30 |
| Meherrin Agriculture & Chemical Attn: Managing Agent P O Box 200 Severn, NC 27877 | | | | | | $3,931.71 |
| New Hope Gas Company, Inc. Attn: Managing Agent 1798 N. Beston Road La Grange, NC 28551 | | | | | | $9,000.00 |
| North Carolina Department of Revenu Attention:  BKY Unit PO Box 1168 Raleigh, NC 27602-1168 | | | | | | $0.00 |
| Small Business Financial Attn: Managing Agent 4500 East West Highway, 6th Floor Bethesda, MD 20814 | | 90 days or less: Accounts receivable, inventory, machinery, furniture, goods | | $30,992.50 | $0.00 | $30,992.50 |
| Stearns Bank, N.A. Attn: Managing Agent PO Box 750 Albany, MN 56307 | | 2016 FTX Fecon FTX125 Mulching Tractor S/N OFTX12801041 with BH855-4 Mulcher Head S/N ending 0266 | | $97,641.60 | $75,000.00 | $22,641.60 |

| Official form 204 | Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims | page 2 |

| Debtor | **Dean Jones Farms, Inc.** | | | Case number *(if known)* | | |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Takeuchi Financial Services Attn: Managing Agent 475 Sansome Street, 19th Floor San Francisco, CA 94111** | | **Takeuchi TL12R2-CRH Rubber Track Loader SN 412101267** | | **$56,036.37** | **$50,000.00** | **$6,036.37** |
| **Wyatt-Quarles Seed Co. Attn: Managing Agent PO Box 739 Garner, NC 27529** | | | | | | **$44,724.23** |

# United States Bankruptcy Court
### Eastern District of North Carolina

In re    **Dean Jones Farms, Inc.** _____    Case No. _____
_____ Debtor(s)    Chapter    <u>11</u> _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **May  1, 2020** _____    **/s/ Bobby Dean Jones, Jr.** _____

**Bobby Dean Jones, Jr./President**
Signer/Title

AgCarolina Farm Credit, ACA
Attn: Managing Agent
PO Box 1366
Greenville, NC 27835

Lisa G. Jones
1241 Corbett Town Rd.
Snow Hill, NC 28580

Stearns Bank, N.A.
Attn: Managing Agent
PO Box 750
Albany, MN 56307

Bobby Dean Jones, Jr.
1241 Corbett Town Road
Snow Hill, NC 28580

Matthew P. Weiner
Poyner & Spruill, LLC
PO Box 1801
Raleigh, NC 27602

Stephanie E. Goodbar
Poyner Spruill LLC
PO Box 1801
Raleigh, NC 27602

Business Expansion Funding Corporat
Attn: Managing Agent
5970 Fairview Road, Suite 218
Charlotte, NC 28210

Meherrin Agriculture & Chemical
Attn: Managing Agent
P O Box 200
Severn, NC 27877

Takeuchi Financial Services
Attn: Managing Agent
475 Sansome Street, 19th Floor
San Francisco, CA 94111

Corporation Service of America
Attn: Managing Agent
PO Box 2576
Springfield, IL 62708

Michael B. Stein
Hutchens Law Firm, LLC
6230 Fairview Road, Suite 315
Charlotte, NC 28210

United States Attorney
150 Fayetteville Street, Ste 2100
Raleigh, NC 27601-1416

Greene County Tax Collector
Attn: Managing Agent
P O Box 482
Snow Hill, NC 28580

NC Dept of Commerce
Division of Employment Security
Attn: Managing Agent P O Box 25903
Raleigh, NC 27611-5903

US Securities & Exchange
Attn: Manager or Agent
Atlanta, GA 30326-1382

Griffin Greenhouse Supplies, Inc.
Attn: Managing Agent
4951 Indiana Avenue, Suite 100
Lisle, IL 60532

New Hope Gas Company, Inc.
Attn: Managing Agent
1798 N. Beston Road
La Grange, NC 28551

Vanessa M. Petty
Attorney for Rapid Advance
4500 East West Highway, 6th Floor
Bethesda, MD 20814

Internal Revenue Service
Attention:  Managing Agent
PO Box 7346
Philadelphia, PA 19101-7346

North Carolina Department of Revenu
Attention:  BKY Unit
PO Box 1168
Raleigh, NC 27602-1168

Wyatt-Quarles Seed Co.
Attn: Managing Agent
PO Box 739
Garner, NC 27529

J. Michael Fields
Ward & Smith, P.A.
P.O. Box 8088
Greenville, NC 27835-8088

Patricia M. Adcroft
Parker Poe Adams & Bernstein LLC
301 Fayetteville Street, Suite 1400
Raleigh, NC 27601

Lendini
Attn: Managing Agent
884 Town Center Drive
Langhorne, PA 19047-1748

Small Business Financial
Attn: Managing Agent
4500 East West Highway, 6th Floor
Bethesda, MD 20814

# United States Bankruptcy Court
## Eastern District of North Carolina

In re **Dean Jones Farms, Inc.**

Debtor(s)

Case No.

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Dean Jones Farms, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May  1, 2020**

Date

/s/ Jonathan E. Friesen

**Jonathan E. Friesen 31535**

Signature of Attorney or Litigant

Counsel for **Dean Jones Farms, Inc.**

**Gillespie & Murphy PA**

**P.O. Drawer 888**
**New Bern, NC 28563**
**(252)  636-2225 Fax:(252)  636-0625**
**gmpa@lawyersforchrist.com**